# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| Kimberly Frazier, <br><br> Plaintiff, <br><br> v. <br><br> Little Caesar Enterprises Inc, et al, <br><br> Defendant(s). | SACV 19-01795(KESx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: 11/6/19

_____
James V. Selna
United States District Judge